# IN THE UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TMC ACQUISITION, LLC d/b/a TAILOR, MADE COMPOUNDING,<br>　　　Plaintiff,<br><br>v.<br><br>COALITION FOR RESPONSIBLE COMPOUNDING LLC, EMPOWER CLINIC SERVICES, L.L.C., AND SHAUN NOORIAN,<br>　　　Defendants. | C.A. No. 1:24-cv-00852-GBW |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission of Robert J. Foster *pro hac vice* is granted.

Date: 6/17/2025

_____
United States District Judge